UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Tony N., et al.,<br><br>      Plaintiff<< (s) >>,<br><br>   v.<br><br>USCIS, et al.<br><br>      Defendant<< (s) >>. | Case No. __4:21-cv-8742-KAW__<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, __Katherine Melloy Goettel__, an active member in good standing of the bar of __State of Iowa__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiffs__ in the above-entitled action. My local co-counsel in this case is __Judah Lakin__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _____.

| 1331 G. St. NW Washington, DC 20005 | 1939 Harrison St., Ste. 420 Oakland, CA 94612 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 319-899-4685 | (510) 379-9218 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| kgoettel@immcouncil.org | judah@lakinwille.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __IA 23821__.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/10/2021

Katherine Melloy Goettel
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Katherine Melloy Goettel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/12/2021

*Kandis Westmore*

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

# The Supreme Court of Iowa
# THE STATE OF IOWA

## *Certification*

**STATE OF IOWA, ss.**

I, *Donna M. Humpal,* Clerk of the Supreme Court of the State of Iowa, which court is the highest Court of said State, do hereby certify that Katherine E. Melloy Goettel was admitted to practice as an Attorney and Counselor at Law in the Courts of said State by the Supreme Court of Iowa on September 20, 2007, and at the present time she is in good standing at the bar in this Court.  *

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of said Court, in the City of Des Moines, this 24th day of June, 2021.

by _____
Donna M. Humpal, Clerk
The Supreme Court of Iowa

\* Any requests for disciplinary history should be submitted to:
Iowa Supreme Court Attorney Disciplinary Board
1111 East Court Avenue
Des Moines IA 50319